IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, B V HYLER, STEVEN F. SCHAAB and CARLO TARLEY as Trustees of the UNITED MINE WORKERS OF AMERICA 1950 PENSION PLAN, MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, B V HYLER and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION PLAN, <br><br>    Plaintiffs <br><br> v. <br><br> WIND RIVER RESOURCES, CORP., <br><br> BC ENERGY, INC. <br> 11950 MacCorkle Ave <br> P.O. Box I <br> Marmet, WV  25365 <br><br>    Defendants | APPEARANCE <br><br><br> Civil Action No. 1:06CV01744 (RWR) |

APPEARANCE OF COUNSEL FOR
<u>BC ENERGY, INC</u>.

To the Clerk of this Court and all parties of record:

      Please enter the appearance of Ralph D. Rinaldi, Esq., as counsel in this case for the

Defendant, BC Energy, Inc.

                                      <u>BC ENERGY, INC</u>.
                                      By Counsel

_____
Ralph D. Rinaldi, Esq,  D.C. Bar No. 455004
COWLES, RINALDI, JUDKINS & KORJUS, LTD.
10521 Judicial Drive, Suite 204
Fairfax, Virginia  22030                    November 16, 2006
Telephone: (703) 385-9060

*Of Counsel*
LEWIS, GLASSSER, CASEY & ROLLINS, PLLC
John A. Rollins, Esq.
300 Summers Street,
BBT Square, Suite 700
Charleston, WV  25326
Telephone: (304) 345-2000