IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, B V HYLER, STEVEN F. SCHAAB and CARLO TARLEY as Trustees of the UNITED MINE WORKERS OF AMERICA 1950 PENSION PLAN, MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, B V HYLER and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION PLAN,<br><br>      Plaintiffs<br><br>v.<br><br>WIND RIVER RESOURCES, CORP.,<br><br>BC ENERGY, INC.<br>11950 MacCorkle Ave<br>P.O. Box I<br>Marmet, WV  25365<br><br>      Defendants | Civil Action No. 1:06CV01744 (RWR) |

FINANCIAL INTEREST DISCLOSURE STATEMENT OF PLAINTIFF,
BC ENERGY, INC.

Pursuant to Local Rule 7.1 of the United States District Court for the District of Columbia, and to enable judges and magistrate judges to evaluate possible disqualifications or recusal, the undersigned counsel for BC Energy, Inc., certifies that it is a closely-held corporation and there are no parents, trusts, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public.

Dated:  November 16, 2006

                                                                      BC ENERGY, INC.
                                                                        By Counsel

___/s/_____
Ralph D. Rinaldi, Esq, D.C. Bar No. 455004
COWLES, RINALDI, JUDKINS & KORJUS, LTD.
10521 Judicial Drive, Suite 204
Fairfax, Virginia 22030
Telephone: (703) 385-9060

*Of Counsel*
LEWIS, GLASSSER, CASEY & ROLLINS, PLLC
John A. Rollins, Esq.
300 Summers Street,
BBT Square, Suite 700
Charleston, WV 25326
Telephone: (304) 345-2000