IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, MICHEAL W.
BUCKNER, B.V. HYLER and STEVEN F.
SCHAAB as Trustees of the UNITED MINE
WORKERS OF AMERICA 1974 PENSION
TRUST,

                    Plaintiffs,

          v.

Wind River Resources Corp.
BC Energy, Inc.

                  Defendants.

Civil Action No. 1:06-CV-01744 (RWR)

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

1.      I am an Attorney Assistant for the Office of General Counsel, United Mine Workers of America ("UMWA") Health and Retirement Funds, Plaintiffs in this action.

2.      On or about November 1, 2006, pursuant to Fed. R. Civ. P. 4(h)(1) and D.C. Super. Ct. R. – Civil 4(h)(1) and 4(c)(3), copies of the Summons and Complaint in this action were mailed to Wind River Resources Corp. by certified mail to:

> Wind River Resources Corp.
> P.O. Drawer I
> Marmet, WV 25365

3.      Service of accomplished on November 3, 2006. A copy of the signed receipt is attached to this receipt as Exhibit A.

4.      On or about November 1, 2006, pursuant to Fed. R. Civ. P. 4(h)(1) and D.C. Super. Ct. R. – Civil 4(h)(1) and 4(c)(3), copies of the Summons and Complaint in this action were mailed to Wind River Resources Corp. by certified mail to:

BC Energy, Inc.
P.O. Drawer I
Marmet, WV 25365

5.    Service was accomplished on November 3, 2006.  A copy of the signed receipt is

attached to this Affidavit as Exhibit B.

6.    I declare under penalty of perjury that the foregoing is true and correct.

Karen Davie
Attorney Assistant

UMWA Health & Retirement Funds
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037

SUBSCRIBED AND SWORN TO

BEFORE ME THIS ___ DAY OF

NOVEMBER, 2006

_____
Notary Public

Annette Hargis
Notary Public, District of Columbia
My Commission Expires 10-14-2007

MY COMMISSION EXPIRES _____.

197014156.doc

2

## CERTIFICATE OF SERVICE

I hereby certify that on __11/27/06__, the foregoing Affidavit of Service by Certified

Mail was mailed via United States Mail, First Class, Postage Prepaid, to the following

individuals:

> Ralph D. Rinaldi, Esquire
> Cowles, Rinaldi, Judkins & Korjus, LTD
> 10521 Judicial Drive
> Suite 204
> Fairfax, Virginia 22030

> Christopher F. Clarke
> Senior Assistant General Counsel
> D.C. Bar No. 441708

EXHIBIT A

| 2 Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| | A. Received by (Please Print Clearly) | B. Date of Delivery |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖ | Phillip R Cooper | 11-3-06 |
| 7160 3901 9849 8678 6831 | C. Signature X _(signature)_ | ☐ Agent ☐ Addressee |
| | D. Is delivery address different from Item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |

**3. Service Type   CERTIFIED MAIL**

**4. Restricted Delivery?** *(Extra Fee)*   ☐ Yes

**1. Article Addressed to:**

1:06-CV-01744
Wind River Resources Corp.
Phillip R. Cooper
PO Drawer 1
Marmet, WV  25365

PS Form 3811, January 2005          Domestic Return Receipt

EXHIBIT B

| 2. Article Number | | COMPLETE THIS SECTION ON DELIVERY |
|---|---|---|

7160 3901 9849 8678 6824

| A. Received by (Please Print Clearly) | B. Date of Delivery |
|---|---|
| Phillip R Cooper | 11-3-06 |

C. Signature

X _____

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?
If YES, enter delivery address below:

☐ Yes
☐ No

3. Service Type  **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

1. Article Addressed to:

1:06-CV-01744
BC Energy, Inc.
Phillip R. Cooper
PO Drawer I
Marmet, WV 25365

PS Form 3811, January 2005            Domestic Return Receipt