IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND. MICHEAL W.
BUCKNER, B.V. HYLER and STEVEN F.
SCHAAB as Trustees of the UNITED MINE
WORKERS OF AMERICA 1974 PENSION
TRUST,

                Plaintiffs,

        v.

Wind River Resources Corp.
BC Energy. Inc.

             Defendants.

Civil Action No. 1:06-CV-01744 (RWR)

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

    1.      I am an Attorney Assistant for the Office of General Counsel, United Mine Workers of America ("UMWA") Health and Retirement Funds, Plaintiffs in this action.

    2.      On or about November 1. 2006. pursuant to Fed. R. Civ. P. 4(h)(1) and D.C. Super. Ct. R. – Civil 4(h)(1) and 4(c)(3), copies of the Summons and Complaint in this action were mailed to Wind River Resources Corp. by certified mail to:

> Wind River Resources Corp.
> P.O. Drawer I
> Marmet, WV 25365

    3.      Service of accomplished on November 3. 2006.  A copy of the signed receipt is attached to this receipt as Exhibit A.

    4.      On or about November 1. 2006. pursuant to Fed. R. Civ. P. 4(h)(1) and D.C. Super. Ct. R. – Civil 4(h)(1) and 4(c)(3). copies of the Summons and Complaint in this action were mailed to Wind River Resources Corp. by certified mail to:

BC Energy, Inc.
P.O. Drawer I
Marmet, WV 25365

5.    Service was accomplished on November 3, 2006. A copy of the signed receipt is

attached to this Affidavit as Exhibit B.

6.    I declare under penalty of perjury that the foregoing is true and correct.

Karen Davie
Attorney Assistant

UMWA Health & Retirement Funds
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037

SUBSCRIBED AND SWORN TO

BEFORE ME THIS 27th DAY OF

NOVEMBER, 2006

Notary Public

**Annette Hargis**
Notary Public, District of Columbia
My Commission Expires 10-14-2007

MY COMMISSION EXPIRES _____.

197014156.doc

2

## CERTIFICATE OF SERVICE

I hereby certify that on $\underline{11/27/06}$ , the foregoing Affidavit of Service by Certified

Mail was mailed via United States Mail. First Class. Postage Prepaid. to the following

individuals:

        Ralph D. Rinaldi. Esquire
        Cowles, Rinaldi, Judkins & Korjus, LTD
        10521 Judicial Drive
        Suite 204
        Fairfax, Virginia 22030

        Christopher F. Clarke
        Senior Assistant General Counsel
        D.C. Bar No. 441708

EXHIBIT A

**2  Article Number**

7160 3901 9849 8678 6831

**3. Service Type   CERTIFIED MAIL**

**4. Restricted Delivery?** *(Extra Fee)*  ☐ Yes

**1. Article Addressed to:**

1:06-CV-01744

Wind River Resources Corp.

Phillip R. Cooper

PO Drawer 1

Marmet, WV  25365

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   Phillip R Cooper     B. Date of Delivery  11-3-06

C. Signature

X _____

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

PS Form 3811, January 2005          Domestic Return Receipt

EXHIBIT B

2. Article Number

7160 3901 9849 8678 6824

| 3. Service Type   CERTIFIED MAIL |
| 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |

1. Article Addressed to:

1:06-CV-01744
BC Energy, Inc.
Phillip R. Cooper
PO Drawer I
Marmet, WV 25365

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
Phillip R Cooper    11-3-06

C. Signature
X _____    ☐ Agent
                   ☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

PS Form 3811, January 2005          Domestic Return Receipt