IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, MICHEAL W. BUCKNER. B.V. HYLER and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION TRUST,

                Plaintiffs,

v.

Wind River Resources Corp.
And BC Energy, Inc.

                Defendants.

Civil Action No. 1:06-cv01744

## PLAINTIFFS' RULE 26(a)(1) DISCLOSURES

Plaintiffs, Trustees of the United Mine Workers of America ("UMWA") 1974 Pension Plan ("1974 Plan") by undersigned counsel, make the following pretrial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

(1)    Under Rule 26(a)(1)(A), the following individual may have discoverable information relevant to disputed facts alleged with particularity in the pleadings:

Dale A. Stover, Comptroller, c/o Christopher F. Clarke, Senior Assistant General Counsel, Office of General Counsel UMWA Health & Retirement Funds, 2121 K Street, N.W., Washington, D.C. 20037. (202) 521-2238. Mr. Stover may have information concerning the liability of the Defendants for pension plan withdrawal liability required to be paid to the 1974 Plan under the Employee Retirement Income Security of 1974 ("ERISA"). 29 § 1001. Mr. Stover may also have information concerning the amount of the Defendants' liability and billings that were sent to the Defendants informing them of these liabilities.

2. Pursuant to Rule 26(a)(1)(B), the following is a description by category and location of all documents, data compilations, and tangible things in the possession, custody or control of the Plaintiffs that are relevant to disputed facts alleged with particularity in the pleadings.

    (a)     <u>Eligibility</u>: United Mine Workers of America 1974 Pension Plan and Plan Document.

    (b)     <u>Signatory Status</u>: The National Bituminous Coal Wage Agreement of 1988 (the "1988 Agreement"), the National Bituminous Coal Wage Agreement of 1993 (the "1993 Agreement"), and the National Bituminous Coal Wage Agreement of 1998 (the "1998 Agreement")(collectively the "Agreements") signed by Wind River Resources, Inc. confirming its signatory status.

    (c)     <u>Liability</u>: Correspondence forwarded to Wind River Resources, Inc. and BC Energy, Inc. outlining their liability to the 1974 Plan.

3. Rule 26(a)(1)(C) Disclosures: The amount of pension plan withdrawal liability claimed by the 1974 Plan under 29 U.S.C. § 1399(b)(2)(A) is $1,272,501.75 The amount of the withdrawal liability owed to the 1974 Plan was determined under Section 4211(d)(1) of ERISA, 29 U.S.C. § 1391(d)(1).

The 1974 Plan will make available for inspection and copying the documents or other evidentiary materials, not privileged or protected from disclosure, on which such computations are based. In addition, the Defendants also owe statutory interest, liquidated damages and attorneys' fees and costs under Sections 502(g)(2), 515 and 4301(b) of ERISA, 29 U.S.C. §§ 1132(g)(2), 1145 and 1451(b).

4. Plaintiffs are not aware of any documents responsive to Rule(a)(1)(D).

          Respectively submitted,

David W. Allen
General Counsel
D.C. Bar No. 81638

*/s/ Larry D. Newsome*
Larry D. Newsome
Associate General Counsel
D.C. Bar No. 254763

*/s/ Christopher F. Clarke*
Christopher F. Clarke
Senior Assistant General Counsel
D.C. Bar No. 441708

UMWA Health & Retirement Funds
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037
Telephone: (202) 521-2238

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2007, the foregoing Rule26(a)(1) Disclosures was mailed via United States Mail, First Class, Postage Prepaid to the following individual:

>Ralph D. Rinaldi, Esquire
>Cowles, Rinaldi, Judkins & Korjus, LTD
>10521 Judicial Drive
>Suite 204
>Fairfax, Virginia 22030

*[signature]*
Christopher F. Clarke
Senior Assistant General Counsel
D.C. Bar No. 441708