IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION TRUST,

                Plaintiffs,

    v.

Wind River Resources Corp.
BC Energy, Inc.

                Defendants.

Civil Action No. 1:06-CV-01744 (RWR)

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

1.      I am an Attorney Assistant for the Office of General Counsel, United Mine Workers of America ("UMWA") Health and Retirement Funds, Plaintiffs in this action.

2.      On or about November 1, 2006, pursuant to Fed. R. Civ. P. 4(h)(1) and D.C. Super. Ct. R. – Civil 4(h)(1) and 4(c)(3), copies of the Summons and Complaint in this action were mailed to Wind River Resources Corp. by certified mail to:

        Wind River Resources Corp.
        P.O. Drawer I
        Marmet, WV 25365

3.      Service of accomplished on November 3, 2006. A copy of the signed receipt is attached to this receipt as Exhibit A.

2

4. I declare under penalty of perjury that the foregoing is true and correct.

/s/
Karen Davie
Attorney Assistant

UMWA Health & Retirement Funds
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037

SUBSCRIBED AND SWORN TO

BEFORE ME THIS 5th DAY OF

FEBRUARY, 2007


/s/
Annette Hargis
Notary Public


MY COMMISSION EXPIRES OCTOBER 14, 2007


197014156.doc

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2007, the foregoing Affidavit of Service by Certified Mail was mailed via United States Mail, First Class, Postage Prepaid, to the following individuals:

 Ralph D. Rinaldi, Esquire
Cowles, Rinaldi, Judkins & Korjus, LTD
10521 Judicial Drive
Suite 204
Fairfax, Virginia 22030


/s/
Christopher F. Clarke
Senior Assistant General Counsel
D.C. Bar No. 441708

3

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 7160 3901 9849 8678 6831 | A. Received by (Please Print Clearly) Phillip R Cooper | B. Date of Delivery 11-3-06 |
| | C. Signature X _[signature]_ | ☐ Agent ☐ Addressee |
| | D. Is delivery address different from Item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 3. Service Type  CERTIFIED MAIL | | |
| 4. Restricted Delivery? (Extra Fee)   ☐ Yes | | |
| 1. Article Addressed to: 1:06-CV-01744 Wind River Resources Corp. Phillip R. Cooper PO Drawer I Marmet, WV 25365 | | |

PS Form 3811, January 2005     Domestic Return Receipt