IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION TRUST,<br>          Plaintiffs,<br>     v.<br><br>WIND RIVER RESOURCES CORP.<br>BC ENERGY, INC.<br><br>          Defendants. | Civil Action No. 1:06-CV-01744 (RWR) |

## APPLICATION FOR ENTRY OF DEFAULT

I hereby certify, this 8th day of February, 2007, that I am counsel of record for the Plaintiffs in the above-entitled action; that Defendant Wind River Resources Corp. was served via certified mail pursuant to Rule 4(h)(1) of the Federal Rules of Civil Procedure and Rule 4(c)(3) of the Superior Court of the District of Columbia on November 3, 2006, and that proof of service was filed with the Court on November 27, 2006 by Affidavit of Service by Certified Mail, a copy of which is attached as Exhibit A.  I further certify that no formal appearance has been entered by Defendant Wind River Resources Corp.; that the time within which Defendant Wind River Resources Corp may answer or otherwise respond to the Complaint has expired; that Defendant Wind River Resources Corp. have not filed pleadings in this matter and no pleadings have been served upon Plaintiffs' attorneys; and that this Court has jurisdiction over Defendant Wind River Resources Corp., and venue properly lies in this Court, pursuant to 29 U.S.C. §§ 1132 and 1451.

The Clerk is requested to enter a Default against Defendant Wind River Resources Corp.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

/s/
Christopher F. Clarke
Senior Assistant General Counsel
D.C. Bar No. 441708

UMWA HEALTH & RETIREMENT FUNDS
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037
Telephone: 202-521-2238

Attorneys for Plaintiffs

Executed on February 8, 2007

197012101.doc

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2007, I served the foregoing Application for Entry of Default and proposed Default via United States Mail, First Class, Postage Prepaid, to the following individuals:

>Ralph D. Rinaldi, Esquire
>Cowles, Rinaldi, Judkins & Korjus, LTD
>10521 Judicial Drive
>Suite 204
>Fairfax, Virginia 22030

>/s/
>Christopher F. Clarke
>Senior Assistant General Counsel
>D.C. Bar No. 441708

IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION TRUST,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>Wind River Resources Corp.<br>BC Energy, Inc.<br><br>　　　　　　　Defendants. | Civil Action No. 1:06-CV-01744 (RWR) |

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

1.  I am an Attorney Assistant for the Office of General Counsel, United Mine Workers of America ("UMWA") Health and Retirement Funds, Plaintiffs in this action.

2.  On or about November 1, 2006, pursuant to Fed. R. Civ. P. 4(h)(1) and D.C. Super. Ct. R. – Civil 4(h)(1) and 4(c)(3), copies of the Summons and Complaint in this action were mailed to Wind River Resources Corp. by certified mail to:

>   Wind River Resources Corp.
>   P.O. Drawer I
>   Marmet, WV 25365

3.  Service of accomplished on November 3, 2006. A copy of the signed receipt is attached to this receipt as Exhibit A.

4. I declare under penalty of perjury that the foregoing is true and correct.

/s/
Karen Davie
Attorney Assistant

UMWA Health & Retirement Funds
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037

SUBSCRIBED AND SWORN TO

BEFORE ME THIS 5th DAY OF

FEBRUARY, 2007

/s/
Annette Hargis
Notary Public

MY COMMISSION EXPIRES OCTOBER 14, 2007

197014156.doc

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2007, the foregoing Affidavit of Service by Certified Mail was mailed via United States Mail, First Class, Postage Prepaid, to the following individuals:

>Ralph D. Rinaldi, Esquire
>Cowles, Rinaldi, Judkins & Korjus, LTD
>10521 Judicial Drive
>Suite 204
>Fairfax, Virginia 22030

>/s/ _____
>Christopher F. Clarke
>Senior Assistant General Counsel
>D.C. Bar No. 441708

| 2 Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 7160 3901 9849 8678 6831 | A. Received by (Please Print Clearly) Phillip R Cooper | B. Date of Delivery 11-3-06 |
| | C. Signature X _____ | ☐ Agent ☐ Addressee |
| 3. Service Type  CERTIFIED MAIL | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 4. Restricted Delivery? (Extra Fee)  ☐ Yes | | |
| 1. Article Addressed to: 1:06-CV-01744 Wind River Resources Corp. Phillip R. Cooper PO Drawer I Marmet, WV 25365 | | |

PS Form 3811, January 2005         Domestic Return Receipt

CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Michael H. Holland, et al.,
        Plaintiff       )
                            )
        vs.              )    Civil Action No. 1:06-CV-01744
                            )

Wind River Resources Corp.    )
                            )
BC Energy, Inc.             )
        Defendant

## DEFAULT

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the ____3rd____ day of __November__, __2006__, and an affidavit on behalf of the plaintiff(s) having been filed, it is this _____ day of _____, _____ declared that

Wind River Resources Corp. _____

_____

_____

_____

defendant (s) herein is (are) in default.

Nancy M. Mayer-Whittington, Clerk

By _____
        Deputy Clerk