Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, et al.

　　　　Plaintiff(s)

　　V.

WIND RIVER RESOURCES CORP

　　　　Defendant(s)

Civil Action No.  06-1744 (RWR)

RE:  WIND RIVER RESOURCES CORP

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on November 03, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 27th day of February, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____Jackie Francis_____
　　　　　Deputy Clerk