IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, B V HYLER,
STEVEN F. SCHAAB and CARLO TARLEY
as Trustees of the UNITED MINE WORKERS
OF AMERICA 1950 PENSION PLAN,
MICHAEL H. HOLLAND, MICHAEL W.
BUCKNER, B V HYLER and STEVEN F.
SCHAAB as Trustees of the UNITED MINE
WORKERS OF AMERICA 1974 PENSION
PLAN,

        Plaintiffs,

v.            Civil Action No. 1:06CV01744 (RWR)

WIND RIVER RESOURCES, CORP.;
BC ENERGY, INC.

        Defendants.

RULE 26(a) DISCLOSURES OF DEFENDANT, BC ENERGY, INC.

  Defendant, BC Energy, Inc., ("BC"), hereby states the following for its disclosures, pursuant to F.R.C.P. 26(a):

  1. Individuals likely to have discoverable information under Rule 26(a)(1)(A):

  (a)  Phillip Cooper
     co/B.C. Energy, Inc.
     P.O. Box I
     Marmet, WV 25365

  (b)  Gary A. Collias
     122 Capitol Street
     Charleston, WV 25301-007

(c)  Hattie Morgan, Field Auditor
UMWA Funds
P.O. Box 229
Beckley, W.Va. 2502

(d)  Dale R. Stover, Manager
UMWA Funds
P.O. Box 229
Beckley, W.Va. 2502

(e)  R. Dean Beckett, II
UMWA Funds
P.O. Box 229
Beckley, W.Va. 2502

(f)  Kyu W. Lee
UMWA Funds
4455 Connecticut Ave. NW
Washington, D.C. 20008

(g)  Marty D. Hudson, Trustee
UMWA Funds
4455 Connecticut Ave. NW
Washington, D.C. 20008

(h)  Robert Phalen
United Mine Workers of America
Current address unknown

(i)  James Armstrong
Current address unknown

2. Description of documents, compilations and tangible things under Rule 26(a)(1)(B):

(a)  Audit Report of UMWA Funds dated September 16, 1999.

(b)  Audit Report of UMWA Funds 1994.

(c)  various reports of employee hours filed by Wind River Resources Corp. with the UMWA Funds in the period of 1994 through 1999.

(d)  Memorandum between Marty D. Hudson, Trustee and Kyu W. Lee, dated March 28, 2000 with hand written note of Hudson to Phalen.

 (e) Compliant, Answer, Settlement Order and other pleadings or order filed or entered filed in the United States District Court for the Southern District of West Virginia, in civil action styled, Michael H. Holland, et. al. v. Wind River Resources Corp., Civil Action No. 2:00-0060 and 2:00-0061.

 (f) Letter of Phillip Cooper to District 17 UMWA dated February 1, 2001.

 (g) Two letters of UMWA Funds, Carl F. Tennille to Wind River Resources Corp., Phillip Cooper, dated April 25, 2002.

 (h) Various items of correspondence between Gary Collias and John Rollins in 1999 and 2000.

3. Damages sustained by disclosing party under Rule 26(a)(1)(C):

Not applicable as no damages asserted by BC.

4. Insurance agreements under Rule 26(a)(1)(D):

There is no applicable insurance coverage known to BC for the matters subject to this action. In the event discovery reveals the existence of any applicable insurance agreement, BC will supplement its response.

5. Experts under Rule 26(a)(2):

BC has not retained any experts. BC will supplement these disclosures if new information becomes available.

                  BC ENERGY, INC.
                  By Counsel

_____
Ralph D. Rinaldi
D.C. Bar No. 455004
COWLES, RINALDI, JUDKINS
& KORJUS, LTD.
10521 Judicial Drive, Suite 204
Fairfax, VA 22030
Telephone: (703) 385-9060

LEWIS, GLASSSER, CASEY
& ROLLINS, PLLC
John A. Rollins, Esquire
300 Summers Street,
BBT Square, Suite 700
Charleston, WV 25326
Telephone: (304) 345-2000

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Rule 26(a)(1) Disclosures was mailed first class, postage prepaid, regular mail this 15th day of March, 2007, to:

Christopher F. Clarke, Esq.
UMWA Health & retirement Funds
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037

Ralph D. Rinaldi, Esq.