IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, et. al. as Trustees
of the UNITED MINE WORKERS OF
AMERICA 1950 PENSION PLAN,
MICHAEL H. HOLLAND, et. al. as Trustees
of the UNITED MINE
WORKERS OF AMERICA 1974 PENSION
PLAN,

       Plaintiffs,

v.               Civil Action No. 1:06CV01744 (RWR)

WIND RIVER RESOURCES, CORP.;
BC ENERGY, INC.

       Defendants.

MOTION FOR ADMISSION
OF COUNSEL PRO HAC VICE

  The Defendant, BC Energy, Inc, by counsel, Ralph D. Rinaldi, Esq., who is a member in good standing of the bar of this Court, respectfully moves, pursuant to LCvR 83.2(d), that John A. Rollins, Esq., be permitted to participate in the above-captioned matter *pro hac vice* as co-counsel with the undersigned, for Defendant BC Energy, Inc. and states in support thereof the following:

  1. John A. Rollins, Esq., is a partner in the law firm of Lewis, Glasser, Casey & Rollins, PLLC. Mr. Rollins address and telephone number are: John A. Rollins; Lewis, Glaser, Casey & Rollins, PLLC, 300 Summers Street, BB&T Square, Suite 700, Charleston, West Virginia 25326; (304) 345-2000.

  2. Mr. Rollins is a member in good standing of the Bar of the State of West Virginia

and has also been admitted to other bars, including: the Supreme Court of the United States (1985); the United States Court of Appeals for the Fourth Circuit (1985); the United States Court of Appeals for the Sixth Circuit (2004); the United States District Court for the Southern District of West Virginia (1978); and the United States District Court for the Northern District of West Virginia (1978).

3. John A. Rollins, Esq., is a member of good standing in the bars referenced above and has not been disciplined by any bar.

4. John A. Rollins, Esq., has not been admitted pro hac vice in this Court within the past two (2) years.

5. John A. Rollins, Esq., does not engage in the practice of law from an office located in the District of Columbia, is not a member of the bar of the District of Columbia, and does not have an application for membership pending.

6. John A. Rollins, Esq., is a person of good moral and professional character who has been serving as primary counsel for Defendant, BC Energy, Inc., in this matter. Mr. Rollins is personally aware of the facts and circumstances surrounding the dispute, claims, and issues between the parties to this case, and is aware of the applicable law involved in this case.

WHEREFORE, Defendant, BC Energy, Inc., respectfully requests that this Court grant leave to John A. Rollins, Esq., and Lewis, Glasser, Casey & Rollins, PLLC, to appear *pro haec vice* before this Court on its behalf pursuant to LCvR 83.2(d).

                                                                BC ENERGY, INC.
                                                                By Counsel

s/ Ralph D. Rinaldi
Ralph D. Rinaldi, Esq.  D.C. Bar No. 455004
COWLES, RINALDI, JUDKINS
 & KORJUS, LTD.
10521 Judicial Drive, Suite 204
Fairfax, VA  22030    Telephone: (703) 385-9060

2

*Of Counsel*
LEWIS, GLASSSER, CASEY
 & ROLLINS, PLLC
John A. Rollins
300 Summers Street,
BBT Square, Suite 700
Charleston, WV 25326
Telephone: (304) 345-2000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of June, 2007, a copy of the foregoing Motion and Order were mailed, first class, postage pre-paid, and sent via electronic mail to:

Christopher F. Clarke, Esq.
UMWA Health & retirement Funds
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037

                                                s/ Ralph D. Rinaldi
                                                Ralph D. Rinaldi