IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION TRUST,
    Plaintiffs,
  v.

BC ENERGY, INC. AND WIND RIVER RESOURCES CORP.

    Defendant.

Civil Action No. 1:06-CV-01744

## MOTION TO EXTEND DISCOVERY PERIOD

  Plaintiffs, the UMWA 1974 Pension Trust and its Trustees, hereby move the Court to extend the discovery period in this case until September 20, 2006.  If granted, the parties propose to extend the date for filing dispositive motions from August 20, 2007 until October 22, 2007.  No other date adjustments are necessary to the scheduling order and the parties believe that this case will be resolved on the dispositive motions.  The reasons for this motion are as follows.

  In its answers to interrogatories served on July 12, 2007, Defendant BC Energy, Inc. indicated that its defenses include the allegation that it was not a "trade or business" under common-control with Wind River as the term "trade or business" is used in Section 4001(b)(1) of ERISA because it was not operating at the time of Wind River's withdrawal from the 1974 Pension Trust.  This defense was not apparent from the Answer to the Complaint and, consequently, the 1974 Pension Trust conducted no investigation into these allegations.  Without conceding the merits of such a defense if proven, the 1974 Pension Trust requests two months from the date of the post-discovery status conference to complete discovery limited to whether

and to what extent BC Energy, Inc. was a "trade or business" at the time of Wind River's withdrawal.

Counsel for BC Energy was informed of this motion but was unable at that time to indicate whether or not BC Energy would consent.

                                      Respectfully submitted,

David W. Allen
General Counsel
D.C. Bar No. 81638

Larry D. Newsome
Associate General Counsel
D.C. Bar No. 254763

/s/
Christopher F. Clarke
Senior Assistant General Counsel
D.C. Bar No. 441708

UMWA Health & Retirement Funds
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037
Telephone:  (202) 521-2238

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 19, 2007, I served the foregoing Motion to Extend Discovery Period and proposed order Amending Scheduling Order via United States Mail, First Class, Postage Prepaid, to the following individuals:

    John A. Rollins, Esq.
    Lewis, Glasser, Casey & Rollins, LLP
    300 Summers Street
    BB&T Square, Suite 700
    P.O. Box 1746
    Charleston, WV  25326

    Ralph D. Rinaldi, Esq.
    Cowles, Rinaldi, Judkins & Korjus, Ltd.
    10521 Judicial Drive
    #204
    Fairfax, VA  22030

/s/
Christopher F. Clarke
Senior Assistant General Counsel

IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION TRUST,<br>          Plaintiffs,<br>v.<br><br>BC ENERGY, INC. AND WIND RIVER RESOURCES CORP.<br><br>          Defendant. | Civil Action No. 1:06-CV-01744 |

## PROPOSED ORDER AMENDING SCHEDULING ORDER ENTERED MARCH 16, 2007

Having considered the Plaintiffs Motion to Extend Discovery Period, and being sufficiently advised, it is hereby ORDERED that the March 16, 2007 Scheduling Order is amended as follows:

    1.    This case shall proceed with the following deadlines:

<u>All</u> discovery closed:          September 20, 2007

Dispositive motions:          October 22, 2007

The remainder of the March 16, 2007 Scheduling Order is unaffected by this Order.

                                                        _____
                                                        RICHARD W. ROBERTS
                                                        United States District Judge