IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, et. al. as Trustees
of the UNITED MINE WORKERS OF
AMERICA 1950 PENSION PLAN,
MICHAEL H. HOLLAND, et. al. as Trustees
of the UNITED MINE
WORKERS OF AMERICA 1974 PENSION
PLAN,

                Plaintiffs,

      v.

WIND RIVER RESOURCES, CORP.;
BC ENERGY, INC.

             Defendants.

Civil Action No. 1:06CV01744 (RWR)

MOTION FOR ADMISSION
OF COUNSEL PRO HAC VICE

The Defendant, BC Energy, Inc, by counsel, Ralph D. Rinaldi, Esq., who is a member in

good standing of the bar of this Court, respectfully moves, pursuant to LCvR 83.2(d), that John A.

Rollins, Esq., be permitted to participate in the above-captioned matter *pro hac vice* as co-counsel

with the undersigned, for Defendant BC Energy, Inc. and states in support thereof the following:

      1.      John A. Rollins, Esq., is a partner in the law firm of Lewis, Glasser, Casey &

Rollins, PLLC.  Mr. Rollins address and telephone number are: John A. Rollins; Lewis, Glaser,

Casey & Rollins, PLLC, 300 Summers Street, BB&T Square, Suite 700, Charleston, West

Virginia  25326; (304) 345-2000.

      2.      Mr. Rollins is a member in good standing of the Bar of the State of West Virginia

and has also been admitted to other bars, including: the Supreme Court of the United States

(1985); the United States Court of Appeals for the Fourth Circuit (1985); the United States Court

of Appeals for the Sixth Circuit (2004); the United States District Court for the Southern District

of West Virginia (1978); and the United States District Court for the Northern District of West

Virginia (1978).

      3.      John A. Rollins, Esq., is a member of good standing in the bars referenced above

and has not been disciplined by any bar.

      4.      John A. Rollins, Esq., has not been admitted pro hac vice  in this Court within the

past two (2) years.

      5.      John A. Rollins, Esq., does not engage in the practice of law from an office located

in the District of Columbia, is not a member of the bar of the District of Columbia, and does not

have an application for membership pending.

      6.      John A. Rollins, Esq., is a person of good moral and professional character who

has been serving as primary counsel for Defendant, BC Energy, Inc., in this matter.  Mr. Rollins is

personally aware of the facts and circumstances surrounding the dispute, claims, and issues

between the parties to this case, and is aware of the applicable law involved in this case.

      WHEREFORE, Defendant, BC Energy, Inc., respectfully requests that this Court grant

leave to John A. Rollins, Esq., and Lewis, Glasser, Casey & Rollins, PLLC, to appear *pro haec*

*vice* before this Court on its behalf pursuant to LCvR 83.2(d).

                                            BC ENERGY, INC.
                                          By Counsel

s/ Ralph D. Rinaldi
Ralph D. Rinaldi, Esq.  D.C. Bar No. 455004
COWLES, RINALDI, JUDKINS
 & KORJUS, LTD.
10521 Judicial Drive, Suite 204
Fairfax, VA  22030    Telephone: (703) 385-9060

*Of Counsel*
LEWIS, GLASSSER, CASEY
  & ROLLINS, PLLC
John A. Rollins
300 Summers Street,
BBT Square, Suite 700
Charleston, WV  25326
Telephone: (304) 345-2000

<u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY that on this 12th day of June, 2007, a copy of the foregoing

Motion and Order were mailed, first class, postage pre-paid, and sent via electronic mail to:

Christopher F. Clarke, Esq.
UMWA Health & retirement Funds
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C.  20037

                          <u>s/ Ralph D. Rinaldi  </u>
                          Ralph D. Rinaldi

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, et. al. as Trustees
of the UNITED MINE WORKERS OF
AMERICA 1950 PENSION PLAN,
MICHAEL H. HOLLAND, et. al. as Trustees
of the UNITED MINE
WORKERS OF AMERICA 1974 PENSION
PLAN,

                  Plaintiffs,

       v.

WIND RIVER RESOURCES, CORP.;
BC ENERGY, INC.

                Defendants.

Civil Action No. 1:06CV01744 (RWR)

DECLARATION FOR MOTION FOR ADMISSION
OF COUNSEL PRO HAC VICE
(Local Rule 83.2)

     John A. Rollins, Esq., files this Declaration pursuant to LCvR 83.2(d), and in connection

with the Motion for Admission Pro Hac Vice, and states as follows:

    1.     My full name is John A. Rollins, Esq.

    2.     I am a partner in the law firm of Lewis, Glasser, Casey & Rollins, PLLC, and my

office address and telephone number is: John A. Rollins, Esq., Lewis, Glaser, Casey & Rollins,

PLLC, 300 Summers Street, BB&T Square, Suite 700, Charleston, West Virginia  25326; (304)

345-2000.

3.  I am a member in good standing of the following bars: State of West Virginia; Supreme Court of the United States (1985); United States Court of Appeals for the Fourth Circuit (1985); the United States Court of Appeals for the Sixth Circuit (2004); the United States District Court for the Southern District of West Virginia (1978); and the United States District Court for the Northern District of West Virginia (1978).

4.  I am a member of good standing in the bars referenced above and I have not been disciplined by any bar.

5.  I have not been admitted pro hac vice in this Court within the past two (2) years.

6.  I do not engage in the practice of law from an office located in the District of Columbia, is not a member of the bar of the District of Columbia, and does not have an application for membership pending.


John A. Rollins, Esq.
LEWIS, GLASSSER, CASEY
  & ROLLINS, PLLC
300 Summers Street,
BBT Square, Suite 700
Charleston, WV  25326
Telephone: (304) 345-2000

s/ Ralph D. Rinaldi
Ralph D. Rinaldi, Esq.  D.C. Bar No. 455004
COWLES, RINALDI, JUDKINS
  & KORJUS, LTD.
10521 Judicial Drive, Suite 204
Fairfax, VA  22030
Telephone: (703) 385-9060

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, et. al. as Trustees
of the UNITED MINE WORKERS OF
AMERICA 1950 PENSION PLAN,
MICHAEL H. HOLLAND, et. al. as Trustees
of the UNITED MINE
WORKERS OF AMERICA 1974 PENSION
PLAN,

                    Plaintiffs,

        v.

WIND RIVER RESOURCES, CORP.;
BC ENERGY, INC.

                Defendants.

Civil Action No. 1:06CV01744 (RWR)

## CONSENT ORDER

THIS MATTER having come before the Court on Motion of Defendant, BC Energy, Inc.,
by counsel, pursuant to LCvR 83.2(d), requesting that John A. Rollins, Esq., be permitted to
participate in the above-captioned matter *pro hac vice* as co-counsel for Defendant BC Energy,
and the Plaintiff having indicated its Consent, and the Court having reviewed the Motion and
having determined that it should be granted, it is therefore

ORDERED that, pursuant to LCvR 83.2(d), John A. Rollins, Esq., be permitted to
appear before the Court and to participate in the above-captioned matter *pro hac vice,* as co-
counsel for Defendant BC Energy, Inc..

                                _____
                                Richard W. Roberts, Judge
                                United States District Court

Copies to:

Ralph D. Rinaldi, Esq.
D.C. Bar No. 455004
COWLES, RINALDI, JUDKINS
  & KORJUS, LTD.
10521 Judicial Drive, Suite 204
Fairfax, VA  22030
Telephone: (703) 385-9060

John A. Rollins, Esq.
Lewis, Glasser, Casey & Rollins, PLLC
300 Summers Street,
BBT Square, Suite 700
Charleston, WV  25326
Telephone: (304) 345-2000

Christopher F. Clarke, Esq.
UMWA Health & retirement Funds
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C.  20037