IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, MICHEAL W.
BUCKNER, B.V. HYLER and STEVEN F.
SCHAAB as Trustees of the UNITED MINE
WORKERS OF AMERICA 1974 PENSION
TRUST,

                Plaintiffs,

        v.

BC ENERGY, INC. AND WIND RIVER
RESOURCES CORP.

              Defendants.

Civil Action No. 1:06-CV-01744 (RWR)

## ORDER OF DEFAULT JUDGMENT AGAINST
## WIND RIVER RESOURCES CORP.

     In this action, Defendant Wind River Resources Corp., a corporation, having been

regularly served with the Summons and Complaint, and having failed to plead or otherwise

defend, the legal time for pleading or otherwise defending having expired, and the default of the

Defendant Wind River Resources Corp. having been duly entered according to law; upon the

application of Plaintiffs, and upon all papers filed herein and the evidence adduced thereby,

judgment is hereby entered against Defendant Wind River Resources Corp. in accordance with

the prayer of Complaint.

     WHEREFORE, by virtue of 29 U.S.C. §§ 1132(g) and 1451(b) and by reason of the

premises aforesaid,

     It is ORDERED, ADJUDGED and DECREED that the Plaintiffs do have and recover

from Defendant Wind River Resources Corp.:

     (a)     withdrawal liability of               $1,269,444.58;

(b)     prejudgment interest calculated at

at PBGC rates and in accordance with

with the Affidavit of Dale R. Stover

through September 19, 2007 of         $ 268,181.59;

(c)     additional prejudgment interest

accrued from September 19, 2007

through the date of this Order

at the rate of $286.89 per diem of    $ 573.78;

(d)     liquidated damages equal to

prejudgment interest through

September 19, 2007 of                 $ 268,181.59;

(e)     plus additional liquidated damages

equal to prejudgment interest accrued

from September 19, 2007 at the rate of

$286.89 per diem of                   $ 573.78;

(f)     attorneys' fees and cost of          $      720.00;


for a TOTAL JUDGMENT AMOUNT          $ 1,807,675.32;

and that the Plaintiffs have execution therefore against the Defendant, Wind River Resources

Corp.

Dated: 9/21/07

_____
UNITED STATES DISTRICT JUDGE


cc:     Christopher F. Clarke, Senior Assistant General Counsel
        UMWA Health and Retirement Funds
        Office of the General Counsel
        2121 K Street, N.W.
        Washington, D.C.  20037

        Ralph D. Rinaldi, Esquire
        Cowles, Rinaldi, Judkins & Korjus, LTD
        10521 Judicial Drive
        Suite 204
        Fairfax, VA 22030

        John A. Rollins, Esquire
        Lewis, Glasser, Casey & Rollins, PLLC
        300 Summers Street
        Suite 700
        Charleston, West Virginia 25326