IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, B V HYLER, STEVEN F. SCHAAB and CARLO TARLEY as Trustees of the UNITED MINE WORKERS OF AMERICA 1950 PENSION PLAN, MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, B V HYLER and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION PLAN,

       Plaintiffs,

  v.            Civil Action No. 1:06CV01744 (RWR)

WIND RIVER RESOURCES, CORP.;
BC ENERGY, INC.

       Defendants.

JOINT STATUS REPORT – SETTLEMENT

  Plaintiff, Trustees of the United Mine Workers of American 1974 Pension Plan, and Defendant, BC Energy, Inc., hereby file this Joint Status Report advising this Court that the parties have reached a settlement in principle in this case.

  The parties are currently waiting for formal approval and execution of settlement documents. The parties ask the Court to allow until November 22, 2007, for the presentation of an appropriate Motion or Agreed Order in disposition of this case.

                                  TRUSTEES OF THE UNITED MINE WORKERS
                                  OF AMERICA 1974 PENSUION PLAN
                                  By Counsel

/s/_____
Christopher F. Clarke, Esq.
UMWA Health & retirement Funds
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C.  20037

                                  BC ENERGY, INC.
                                  By Counsel

/s/_____
Ralph D. Rinaldi
D.C. Bar No. 455004
COWLES, RINALDI, JUDKINS
 & KORJUS, LTD.
10521 Judicial Drive, Suite 204
Fairfax, VA  22030
Telephone: (703) 385-9060

LEWIS, GLASSSER, CASEY
 & ROLLINS, PLLC
John A. Rollins, Esquire
300 Summers Street,
BBT Square, Suite 700
Charleston, WV  25326
Telephone: (304) 345-2000

2