```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| **MICHAEL H. HOLLAND et al.,** | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-1744 (RWR) |
| **WIND RIVER RESOURCES CORP. et al.,** | ) |
| Defendants. | ) |

## ORDER

Counsel for plaintiffs and defendant B.C. Energy have notified the court that they have reached a settlement in principle in this case. In light of that representation, it is hereby

ORDERED that this case shall be dismissed without prejudice for thirty days. It is further

ORDERED that any party may, within thirty days from entry of this Order, reopen this case upon motion approved by the Court. It is further

ORDERED that if no party moves to reopen this case within thirty days, this case shall, without further order, stand dismissed with prejudice.

SIGNED this 24th day of October, 2007.

```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```