IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION TRUST,

          Plaintiffs,

v.

BC ENERGY, INC. AND WIND RIVER RESOURCES CORP.

          Defendants.

Civil Action No. 1:06-CV-01744 (RWR)

## Joint Motion to Reopen Case and to Enter Consent Judgment

COME NOW, the Plaintiff Trustees of the UMWA 1974 Pension Trust, by undersigned counsel, and the Defendant B.C. Energy, by undersigned counsel, and hereby move the Court to reopen this case, as permitted under the Court's Order dated October 24, 2007, and enter a consent judgment in the amount of $1,269,444.58 against Defendant B.C. Energy.

The Defendant B.C. Energy and the Plaintiffs have entered into a settlement agreement to settle all matters in this civil action. One of the terms of the settlement agreement is the entry of a judgment in favor of the Plaintiffs in the principal amount of the claimed withdrawal liability of $1,269,444.58.

          Respectfully submitted,

/s/
JOHN A. ROLLINS
Lewis, Glasser, Casey & Rollins, LLP
300 Summers Street
BB&T Square, Suite 700
P.O. Box 1746
Charleston, WV  25326
Admitted Pro Hac Vice

DAVID W. ALLEN
General Counsel
D.C. Bar No. 81638

LARRY D. NEWSOME
Associate General Counsel
D.C. Bar No. 254763

| | |
|---|---|
| /s/ | /s/ |
| RALPH D. RINALDI | CHRISTOPHER F. CLARKE |
| Cowles, Rinaldi, Judkins & Korjus, Ltd. | Senior Assistant General Counsel |
| 10521 Judicial Drive | D.C. Bar No. 441708 |
| #204 | |
| Fairfax, VA  22030 | UMWA HEALTH & RETIREMENT FUNDS |
| D.C. Bar No. 455004 | Office of the General Counsel |
| | 2121 K Street, N.W. |
| | Suite 350 |
| | Washington, D.C.  20037 |
| | Telephone:  202-521-2238 |
| Attorneys for BC Energy, Inc. | Attorneys for the Trustees of the UMWA 1974 Pension Trust |

197024341.doc

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2007, I served the foregoing Joint Motion to Reopen Case and to Enter Consent Judgment via United States Mail, First Class, Postage Prepaid, to the following individuals:

John A. Rollins, Esq.
Lewis, Glasser, Casey & Rollins, LLP
300 Summers Street
BB&T Square, Suite 700
P.O. Box 1746
Charleston, WV  25326

Ralph D. Rinaldi, Esq.
Cowles, Rinaldi, Judkins & Korjus, Ltd.
10521 Judicial Drive
#204
Fairfax, VA  22030

/s/
Christopher F. Clarke
Senior Assistant General Counsel

IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION TRUST,

        Plaintiffs,

   v.

BC ENERGY, INC. AND WIND RIVER RESOURCES CORP.

        Defendant.

Civil Action No. 1:06-CV-01744 (RWR)

## ORDER OF CONSENT JUDGMENT AGAINST B.C. ENERGY, INC.

In this action, the Plaintiff Trustees of the UMWA 1974 Pension Trust and Defendant B.C. Energy, Inc. have reached a voluntary settlement of this case and have jointly moved the Court to enter a consent judgment in the amount of $1,269,444.58 in accordance with the terms of the settlement.

WHEREFORE, by reason of the premises aforesaid,

It is ORDERED, ADJUDGED and DECREED that the Plaintiffs do have and recover from Defendant B.C. Energy, Inc.:

   a TOTAL JUDGMENT AMOUNT        $1,269,444.58;

_____
UNITED STATES DISTRICT JUDGE

cc:   Christopher F. Clarke, Senior Assistant General Counsel
      UMWA Health and Retirement Funds
      Office of the General Counsel
      2121 K Street, N.W.
      Washington, D.C.  20037

      Ralph D. Rinaldi, Esquire
      Cowles, Rinaldi, Judkins & Korjus, LTD
      10521 Judicial Drive
      Suite 204
      Fairfax, VA 22030

      John A. Rollins, Esquire
      Lewis, Glasser, Casey & Rollins, PLLC
      300 Summers Street
      Suite 700
      Charleston, West Virginia 25326