IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION TRUST,

          Plaintiffs,

v.

BC ENERGY, INC. AND WIND RIVER RESOURCES CORP.

          Defendant.

Civil Action No. 1:06-CV-01744 (RWR)

## ORDER OF CONSENT JUDGMENT AGAINST B.C. ENERGY, INC.

In this action, the Plaintiff Trustees of the UMWA 1974 Pension Trust and Defendant B.C. Energy, Inc. have reached a voluntary settlement of this case and have jointly moved the Court to enter a consent judgment in the amount of $1,269,444.58 in accordance with the terms of the settlement.

WHEREFORE, by reason of the premises aforesaid,

It is ORDERED, ADJUDGED and DECREED that the Plaintiffs do have and recover from Defendant B.C. Energy, Inc.:

    a TOTAL JUDGMENT AMOUNT           $1,269,444.58;

Dated: 11/21/07

_____
UNITED STATES DISTRICT JUDGE